# MEMORANDUM



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/16

TO: <u>Honorable Richard M. Berman</u>
      U.S. District Judge

FROM: <u>Scott Kowal, Chief</u>
           U.S. Pretrial Services Officer

RE:   United States v. Hostos Duran
      16 CR 104 (RMB)

The attached memorandum was prepared by Pretrial Services Officer

**Dennis Khilkevich**                              (212) 805-4147
_____                _____
         Name                                       Phone Number

will present to Your Honor significant details about the conditions which were imposed on the above-named defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]   I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[✓]   ~~We have informed all parties concerned that~~ A bail hearing will be conducted in Courtroom # **17B** on **10/27/16** at **12:30 pm**. Pretrial Services shall notify all parties.
                                  (date)              (time)

[ ]   The conditions of release are hereby modified as recommended by Pretrial Services

[ ]   Comments:


10/24/16                                    _Richard M. Berman_
_____                         _____
     Date                                    Honorable Richard M. Berman
                                             U.S. District Judge