UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                           **ORDER**

            -against-                                                         16 Cr 104

HOSTO DURAN,

                         Defendant.
-----------------------------------------------------------X

       For the reasons stated on the record today, the defendant is remanded.

Dated: New York, New York
       October 27, 2016

                                                       **RICHARD M. BERMAN, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/27/16