**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                         16 CR. 104 (RMB)

   -against-

                                                         **ORDER**

HOSTO DURAN,
                Defendant.
-------------------------------------------------------------X

       The Court will hold a supervised release hearing in this case on Monday, December 5, 2022 at 9:00 AM.

       In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

       Dial-in Number: (646) 453-4442
       Conference ID: 939 951 008#

Dated: November 1, 2022
       New York, NY

                                                           *Richard M. Berman*
                                                        RICHARD M. BERMAN
                                                             U.S.D.J.