**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                            16 CR. 104 (RMB)
    -against-

                                            **ORDER**
HOSTO DURAN,
                Defendant.
------------------------------------------------------------X

       The supervised release hearing scheduled for Monday, December 5, 2022 at 9:00 A.M. will be held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 671 968 348#

Dated: November 30, 2022
       New York, NY

                                                        RICHARD M. BERMAN
                                                          U.S.D.J.