**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                        16 CR. 104 (RMB)
   -against-

                                                                        **ORDER**

HOSTO DURAN,
                Defendant.
------------------------------------------------------------X

      The supervised release hearing scheduled for Monday, December 19, 2022 at 10:00 A.M. – in the absence of defense objection – will held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 172 134 028#

Dated: December 14, 2022
       New York, NY

                                                        RICHARD M. BERMAN
                                                              U.S.D.J.